UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KATE LORRENA POWELL, | Civil No. 3:20-cv-05401-MLP |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion to reopen this case and enter final judgment affirming the Commissioner's decision finding Plaintiff disabled under the Social Security Act, the Court hereby ORDERS that judgment be entered for Plaintiff in accordance with the post-remand decision of the administrative law judge.

Dated this 9th day of August, 2024.

_____
Michelle L. Peterson
UNITED STATES MAGISTRATE JUDGE

Page 1     ~~JUDGMENT~~ ORDER
           CASE NO. 3:20-CV-05401-MLP

Presented by:

s/ Jacob Phillips
JACOB PHILLIPS
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: 206-615-2274
Email: jacob.phillips@ssa.gov